#### IN THE UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF ARKANSAS
#### PINE BLUFF DIVISION

STEVEN WILSON,
ADC #137147                                                                                           PLAINTIFF

V.                                 5:14CV00010 DPM/JTR

GREG BOLIN, Chief of Operations,
Brassell Detention Center, et al.                                                             DEFENDANTS

### ORDER

Plaintiff, Steven Wilson, is a convicted prisoner in the Brassell Detention Center. He has filed a *pro se* § 1983 Complaint alleging that Defendants violated his constitutional rights.

The fee for filing a § 1983 action in federal court is $400.[1] Plaintiff has not paid the filing fee or filed an Application to Proceed *In Forma Pauperis*. If Plaintiff wishes to pursue this action, he must, within thirty days of the entry of this Order, either: (1) pay the $400 filing fee in full; or (2) file a properly completed Application to Proceed *In Forma Pauperis,* along with a prison calculation sheet that is signed by an authorized prison official.

---

[1] On May 1, 2013, a $50 administrative fee was added to the $350 filing fee. However, that $50 administrative fee is waived for plaintiffs who are granted permission to proceed *in forma pauperis*. Thus, if Plaintiff is granted *in forma pauperis* status, he will be obligated to pay $350, instead of $400.

However, Plaintiff should be aware that, even if he is granted permission to proceed *in forma pauperis*, he still must pay the filing fee in full. 28 U.S.C. § 1915(b). The only difference is that, by being granted permission to proceed *in forma pauperis*, Plaintiff will be allowed to pay the filing fee in monthly installments taken from his institutional account, rather than all at once, at the time of filing his Complaint. *Id.* **Further, if Plaintiff's case is subsequently dismissed for any reason, including a determination that it is frivolous, malicious, fails to state a claim, or seeks monetary relief against a defendant who is immune from such relief, the full amount of the filing fee will be collected and no portion of this filing fee will be refunded to Plaintiff.**

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to send Plaintiff an Application to Proceed *In Forma Pauperis,* along with a prison calculation sheet.

2. Plaintiff must, **within thirty days of the entry of this Order**, either: (a) pay the $400 filing fee in full; or (b) file a properly completed Application to Proceed *In Forma Pauperis* and prison calculation sheet.

3. Plaintiff is reminded that the failure to timely and properly do so will result in the dismissal of this case, without prejudice, pursuant to Local Rule 5.5(c)(2).

Dated this 17th day of January, 2014.

_____
UNITED STATES MAGISTRATE JUDGE