IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STEVEN WILSON,
ADC #137147                                                              PLAINTIFF

v.                      No. 5:14-cv-10-DPM

GREG BOLIN, Chief of Operations, Dub Brassell
Detention Center; EDWARD ADAMS, Chief of Security,
Dub Brassell Detention Center; and C. WALKER,
Head RN                                                                  DEFENDANTS

JUDGMENT

Wilson's complaint is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

_____
D.P. Marshall Jr.
United States District Judge

28 January 2014